**Juan MENDOZA–MEJIA, Petitioner,**

v.

**Eric H. HOLDER, Jr.,[1] Attorney General of the United States; Janet Napolitano,[2] Secretary of the Department of Homeland Security, Respondents.**

No. 08–2880.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 29, 2009.

Filed: Nov. 3, 2009.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Juan Mendoza–Mejia, a citizen of Guatemala, petitions for review of an order of the Board of Immigration Appeals. Because substantial evidence supports the Board's determination that Mendoza–Mejia was not subjected to past persecution and does not have a well-founded fear of future persecution in Guatemala, we deny review of Mendoza–Mejia's claims for asylum, withholding of removal, and relief under the Convention Against Torture. *See Zacarias–Velasquez v. Mukasey,* 509 F.3d 429, 432–34 (8th Cir.2007); *Gitimu v. Holder,* 581 F.3d 769, 774 (8th Cir.2009). Because this court lacks jurisdiction to review the Board's determination that Mendoza–Mejia failed to prove his removal would cause an exceptional and extremely unusual hardship to his spouse or child under 8 U.S.C. § 1229b(b)(1)(D), we also deny review of his claim for cancellation of removal. *See Zacarias–Velasquez,* 509 F.3d at 434. Accordingly, Mendoza–Mejia's petition is denied.

---

1. Eric H. Holder, Jr. has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

2. Janet Napolitano has been appointed to serve as Secretary of the Department of Homeland Security, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).